UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JEWELL LEWIS,     Plaintiff(s),

v.     Civil Action No. 3:15-cv-782-DJH

ENHANCED RECOVERY CO., LLC, et al,     Defendant(s).

\* \* \* \* \*

### ORDER

The parties have filed an agreed order of dismissal with prejudice signed by all parties. (Docket No. 12) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**. All pending motions are **DENIED** as moot.

February 4, 2016

**David J. Hale, Judge**
**United States District Court**